# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| Marcus Antoine Wilson , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:14-cv-00041 |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU LNU, et al | ) | |
| | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2014 Order.

May 20, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court